UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CIRILO MARTINEZ-GARCIA, <br> FABIOLA FUENTES-NIETO, <br> FRANCISCO CHAVEZ-RUBIO, <br> GENARO GACHUZ-REYES, <br> EDUARDO GACHUZ-GOMEZ, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PLANTATION SWEETS, INC. and <br> RONALD A. COLLINS, <br><br> Defendants. | CIVIL ACTION <br> NO. 6:13-cv-00043-BAE-GRS |

# **O R D E R**

Having duly considered the parties' Joint Motion to Stay All Proceedings to Facilitate Settlement Discussions and Agreed Motion by Defendants for Further Extension of Time to Answer, Move, or Otherwise Respond to the Complaint in This Action Until and Through Monday, October 21, 2013, as Part of the Parties' Agreement to Facilitate Settlement Discussions,

1679584.1

IT IS HEREBY ORDERED that all proceedings in this action are stayed, and the Defendants may answer, move, or otherwise respond to the Complaint by Monday, October 21, 2013, unless the time is further extended.

**SO ORDERED** this 23rd day of September, 2013.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA